IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **CHARLES WILLIAM MORRIS #L4658** | § | **PETITIONER** |
| | § | |
| v. | § | CIVIL ACTION NO. 1:05CV330-LG-RHW |
| | § | |
| **DWIGHT PRESLEY** | § | **RESPONDENT** |

## JUDGMENT

This matter having come on to be heard on the Proposed Findings of Fact and Recommendation [23] of United States Magistrate Judge Robert H. Walker, the Court, after a full review and consideration of the Proposed Findings of Fact and Recommendation, the pleadings on file, and the relevant legal authority, finds that in accord with the Order entered herewith,

**IT IS HEREBY ORDERED AND ADJUDGED** that the Proposed Findings of Fact and Recommendation [23] of United States Magistrate Judge Robert H. Walker entered on August 8, 2008, be, and the same hereby is, adopted as the finding of this Court. This lawsuit is hereby **DISMISSED**.

**SO ORDERED AND ADJUDGED** this the 8th day of September, 2008.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE